UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-10-28 |
| ) | |
| RICHARD WEBER, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

Beginning in or about January 2000 and continuing to in or about August 2003, at Peoria, in the Central District of Illinois and elsewhere,

RICHARD WEBER,

defendant herein, while serving as treasurer of ~~Painters~~ Glaziers Local Union 1164, a labor organization as defined in Section 3(i) and (j) of the Labor-Management Reporting and Disclosure Act of 1959 ("Act"), as amended, did make a false statement and representation of a material fact in reports and information required under the provisions of the Act, in that he knowingly misstated the true

1

purpose for the issuance of certain checks, thereby concealing the embezzlement and misapplication of funds of ~~Painters~~ Glaziers Local Union 1164;

In violation of Title 29, United States Code, Section 439(b).

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        s/ AUSA
        Darilynn J. Knauss
        Assistant United States Attorney
        211 Fulton Street, Suite 400
        Peoria, Illinois 61602
        Telephone: 309/671-7050